(116 So. 323)
### Chick BARBER v. STATE.   (4 Div. 374.)

Supreme Court of Alabama.   March 29, 1928.

Certiorari to Court of Appeals.

A. R. Powell, of Andalusia, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Chick Barber for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Barber v. State, 116 So. 322.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.